# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MUHAMMAD AHMAD ABDALLAH AL-ANSI, | : | |
| | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil Action No. 08-1923 (GK) |
| | : | |
| BARACK H. OBAMA, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

The Court has received Petitioner's Emergency Motion to Compel Production of Medical Records. It is this 19th day of June, 200, hereby

**ORDERED**, that the Government respond to Petitioner's Emergency Motion no later than **June 22, 2009**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**